STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

KENT T. STAUFFER
EXECUTIVE DEPUTY ATTORNEY GENERAL
DIVISION OF STATE COUNSEL

LISA R. DELL
ASSISTANT ATTORNEY GENERAL IN CHARGE
LITIGATION BUREAU

June 17, 2015

*By ECF Service*
The Honorable Judge Jack B. Weinstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Sayfullozoda v. Colon*, Dkt. No. 1:15-cv-02336-JBW-MDG

Dear Judge Weinstein:

      I write on behalf of defendant Wilfred Colon, pursuant to New York Public Officers Law section 17(2)(c), to request an extension of time for him to answer, move or otherwise respond to the plaintiff's complaint in the above-referenced action from June 23, 2015[1] to July 23, 2015.

      Although this office is not presently representing the defendant in this action, this extension is requested on his behalf for the limited purpose of protecting his litigation interests and avoiding default. Mr. Colon has recently requested representation from the Office of the Attorney General in this matter, and we are in the process of conducting the investigation required by New York Public Officers Law section 17. Counsel for the plaintiff has consented to this request. No prior extensions have been requested, and there are presently no other scheduled dates that will be impacted by this extension request. Accordingly, it is respectfully requested that the defendant's time to answer, move or otherwise respond to the complaint be extended to July 23, 2015.

      Respectfully,

      Jonathan D. Conley
      Assistant Attorney General

cc:    Jeffrey A. Rothman, Esq.

---

[1] Upon information and belief, Mr. Colon was served on June 2, 2015.